IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SENICA MATTHEW FRANKLIN**                                         **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 1:10-cv-336HSO-JMR**

**RONALD KING**                                                     **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendations [20] of Chief Magistrate Judge John M. Roper entered in this cause on January 31, 2012. The Court, having adopted said Report and Recommendations as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, Petitioner's Petition for Writ of Habeas Corpus[1] is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of March, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE